# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0484.  DANIEL ERIC COBBLE v. THE STATE.**

Upon consideration of this Application for Discretionary Appeal, we have determined that the application should be granted.  Ordinarily, we would advise applicant Daniel Cobble that he may file a notice of appeal within 10 days of this order.

However, Cobble has already filed a direct appeal from the same trial court order.  That appeal has been docketed as case number A13A2347.  Under these circumstances, it is unnecessary for Cobble to file a second notice of appeal.  To avoid superfluous appeals, our review of the trial court's order will proceed under case number A13A2347.

Cobble's "Motion for this Court to Order Petitioner Paid Pro/Se Attorney Fees" is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*